1

2                                                                      Judge Jones

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10

11   R. ALEXANDER ACOSTA, Secretary of          NO.  C18-0524-RAJ
     Labor, United States Department of Labor,
12                                               **STIPULATION FOR ORDER**
                           Plaintiff,            **STAYING ACTION PENDING**
13                                               **PROSPECTIVE MERGER; ORDER**
                  v.                             **THEREON**
14
     LOCAL 286, INTERNATIONAL UNION OF
     OPERATING ENGINEERS,
15
                           Defendant.
16

17

18        WHEREAS plaintiff the Secretary of Labor (Secretary) has filed this action against

19   defendant Local 286, International Union of Operating Engineers (Local 286), under Title IV of the

20   Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. §§ 481–483,

21   alleging violations of the LMRDA in Local 286's August 9, 2017 election of union officers and

22   seeking an order directing Local 286 to conduct a new election for the offices of president, vice

23   president, treasurer, business manager–financial secretary, recording-corresponding secretary,

24   executive board district representatives (seven), executive board member-at-large, and trustees

25   (three) (hereinafter "the affected offices") under the Secretary's supervision; and

26

27

28

WHEREAS Local 286 has notified the Secretary of an impending merger between itself and Local 302, International Union of Operating Engineers (Local 302), scheduled to be consummated on or before January 1, 2019; and

WHEREAS Local 286 has represented to the Secretary that it is highly unlikely that the merger between the two locals will not occur by the designated date; and

WHEREAS based on certain representations made to the Secretary on behalf of the International, Local 302, and Local 286, the Secretary believes that the merger, if consummated as represented, will obviate the need for the Secretary to seek the relief requested in this action; and

WHEREAS, in the unlikely event that the merger between Local 302 and Local 286 is not consummated as represented, the Secretary will need to bring the dispute before the Court on a relatively expedited schedule so that it still may obtain meaningful relief from the Court;

NOW THEREFORE, the parties, through their respective attorneys of record, do hereby stipulate and agree as follows:

1. The Local 286 motion to extend discovery cut-off and trial-related deadlines (Dkt. # 17) shall be withdrawn without prejudice;

2. This action shall be stayed until February 1, 2019.

3. If a merger between Local 302 and Local 286 occurs effective on or before January 31, 2019, Local 286 and its attorneys shall, immediately following the date the merger takes effect, provide a written representation to the Secretary that the following conditions have been met:

(a)  The merger has been consummated.

(b)  The affected offices have been entirely extinguished by the merger.

(c)  The individuals occupying the affected offices will not be serving or functioning as officers within the meaning of 29 U.S.C. § 402(n) in Local 302 or in any newly formed local.

4. Local 286 and Local 302 agree to respond immediately to any informal follow-up questions from counsel for the Secretary as necessary to provide assurances that the aforesaid conditions have all been met.

STIPULATION FOR ORDER STAYING ACTION PENDING
PROSPECTIVE MERGER; ORDER THEREON - 2
(Case No. C18-0524-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

5.  If the Secretary is satisfied that the conditions have been met, the parties agree that they will enter into a stipulation to dismiss the action without prejudice and with each side bearing their costs of suit and attorney's fees.

6.  If the merger is not consummated as represented on or before January 31, 2019, the stay may be lifted upon request of the Secretary.  Defendant and Local 302 waive all right to object to the Secretary's request under those circumstances except upon grounds that the conditions set forth in paragraph 3 hereof were all fully met.

7.  If the Court determines upon the request of the Secretary that the stay of the action should be lifted:

(a)  The lawsuit shall immediately resume from where it presently stands.  Defendant shall respond to all outstanding discovery requests within two weeks of the lifting of the stay.  In addition, depositions noted as of the date the stay order was entered shall go forward upon rescheduling. Further, the Secretary may conduct additional discovery based on information learned from outstanding discovery requests not yet fully responded to by defendant.  Lastly, defendant may propound no additional discovery; and

///

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION FOR ORDER STAYING ACTION PENDING
PROSPECTIVE MERGER; ORDER THEREON - 3
(Case No. C18-0524-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

(b)  The following case schedule shall apply, subject to modification by the Court:

    1.  Bench trial date: June 17, 2019

    2.  Deadline to complete discovery: February 28, 2019

    3.  Dispositive motion cut-off date: March 14, 2019

    4.  Motions in limine: May 23, 2019

    5.  Agreed pretrial order: June 1, 2019

SO STIPULATED.

DATED this 11th day of December, 2018.


                    *s/Kristina Detwiler*
                    Kristina Detwiler, WSBA No. 26448
                    Micah Bateman-Iino, WSBA #50540
                    Robblee Detwiler, PLLP
                    2101 Fourth Avenue, Suite 1000
                    Seattle, Washington 98121
                    Telephone: (206) 467-6700
                    Fax: (206) 467-7589
                    E-mail: kdetwiler@unionattorneysnw.com
                                  mbateman-iino@unionattorneysnw.com

                    Attorneys for Defendant

SO STIPULATED.

DATED this 11th day of December, 2018.


                    ANNETTE L. HAYES
                    United States Attorney


                    *s/ Brian C. Kipnis*
                    BRIAN C. KIPNIS
                    Assistant United States Attorney
                    5220 United States Courthouse
                    700 Stewart Street
                    Seattle, WA 98101 1271
                    Telephone: (206) 553 7970
                    Fax: (206) 553 4073
                    E-mail: brian.kipnis@usdoj.gov

                    Attorneys for Plaintiff R. Alexander Acosta, U.S. Secretary of Labor

STIPULATION FOR ORDER STAYING ACTION PENDING
PROSPECTIVE MERGER; ORDER THEREON - 4
(Case No. C18-0524-RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

**ORDER**

The Court, having reviewed the stipulation of the parties, hereby orders as follows:

1.      The stipulation of the parties is approved.

2.      This action shall be stayed until February 1, 2019, pending the stipulated dismissal of the action by the parties or a request by the Secretary that the stay should be lifted.

3.      If the Court determines upon the request of the Secretary that the stay of the action should be lifted, and the action should proceed, the following case schedule shall apply in lieu of that set forth in the Court's scheduling order of June 20, 2018 (Dkt. # 16), unless modified by the Court:

1. Bench trial date: June 17, 2019

2. Deadline to complete discovery: February 28, 2019

3. Dispositive motion cut-off date: March 14, 2019

4. Motions in limine: May 23, 2019

5. Agreed pretrial order: June 1, 2019

DATED this _____, day of December 2018.

_____
RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER STAYING ACTION PENDING
PROSPECTIVE MERGER; ORDER THEREON - 5
(Case No. C18-0524-RAJ)