Judge Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>                     Plaintiff,<br><br>     v.<br><br>LOCAL 286, INTERNATIONAL UNION OF OPERATING ENGINEERS,<br><br>                     Defendant. | NO.  C18-0524RAJ<br><br>**STIPULATION FOR ORDER OF DISMISSAL; ORDER THEREON** |

Pursuant to Rule 41(a)(1)(A)(ii), F.R.Civ.P., the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter an order dismissing this action without prejudice and with each side to bear their own costs of suit, expenses and attorney's fees.

SO STIPULATED.

DATED this 1st day of February, 2019.

    *s/ Kristina Detwiler*
Kristina Detwiler, WSBA No. 26448
Micah Bateman-Iino, WSBA #50540
Robblee Detwiler, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700

STIPULATION FOR ORDER OF DISMISSAL;
ORDER THEREON - 1
(Case No. C18-0524RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

Fax: (206) 467-7589
E-mail: kdetwiler@unionattorneysnw.com
mbateman-iino@unionattorneysnw.com

Attorneys for Defendant

SO STIPULATED.

DATED this 1st day of February, 2019.

BRIAN T. MORAN
United States Attorney

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101 1271
Telephone: (206) 553 7970
Fax: (206) 553 4073
E-mail: brian.kipnis@usdoj.gov

Attorneys for Plaintiff R. Alexander Acosta, U.S. Secretary of Labor

**ORDER**

The Court, having reviewed the stipulation of the parties, hereby orders as follows:

1. This action is dismissed without prejudice.

2. Each side shall bear their own costs of suit, expenses and attorney's fees

DATED this _____, day of February 2019.

RICHARD A. JONES
United States District Judge

STIPULATION FOR ORDER OF DISMISSAL;
ORDER THEREON - 2
(Case No. C18-0524RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970