Judge Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

LOCAL 286, INTERNATIONAL UNION OF OPERATING ENGINEERS,

Defendant.

NO.  C18-0524RAJ

STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), F.R.Civ.P., the parties, through their respective attorneys of record, do hereby stipulate and agree that the Court may make and enter an order dismissing this action without prejudice and with each side to bear their own costs of suit, expenses and attorney's fees.

SO STIPULATED.

DATED this 1st day of February, 2019.

*s/ Kristina Detwiler*
Kristina Detwiler, WSBA No. 26448
Micah Bateman-Iino, WSBA #50540
Robblee Detwiler, PLLP
2101 Fourth Avenue, Suite 1000
Seattle, Washington 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - 1
(Case No. C18-0524RAJ)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

SO STIPULATED.

DATED this 1st day of February, 2019.

> BRIAN T. MORAN
> United States Attorney
>
>
> *s/ Brian C. Kipnis*
> BRIAN C. KIPNIS
> Assistant United States Attorney
> 5220 United States Courthouse
> 700 Stewart Street
> Seattle, WA 98101 1271
> Telephone: (206) 553 7970
> Fax: (206) 553 4073
> Attorneys for Plaintiff R. Alexander Acosta, U.S. Secretary of Labor

## ORDER

The Court, having reviewed the stipulation of the parties, hereby orders as follows:

1.      This action is dismissed without prejudice.

2.      Each side shall bear their own costs of suit, expenses and attorney's fees.

DATED this 5th day of February, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2
(Case No. C18-0524RAJ)